IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JAMES E. GRANBERRY, Register No. 20669, )
)
        Plaintiff, )
)
        v. ) No. 05-4219-CV-C-SOW
)
DENIS AGNIEL, et al., )
)
        Defendants. )

## ORDER

On July 10, 2006, the United States Magistrate Judge recommended that defendants' motion for judgment on the pleadings be granted, in part, and denied, in part. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's July 10, 2006 Report and Recommendation is adopted [51]. It is further

ORDERED that defendants' motion for judgment on the pleadings is granted, in part, and denied, in part [33]. It is further

ORDERED that defendants' motion for judgment on the pleadings is granted as to plaintiff's claims challenging the ex post facto application of Missouri law which directs the number of members of the parole board. It is further

ORDERED that defendants' motion for judgment on the pleadings is denied as to plaintiff's claims challenging the alleged ex post facto application of Missouri law setting the frequency of parole hearings.

                                                  /s/Scott O. Wright
                                                  SCOTT O. WRIGHT
                                                  Senior United States District Judge

Dated: August 7, 2006